UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K ATHY S. SAWYER-HECKSEL,

    Plaintiff,

v.

REAL TIME RESOLUTIONS, INC., et al.,

    Defendants.
_____/

Case No.: 1:17-cv-1046

HONORABLE PAUL L. MALONEY

# ORDER ADOPTING MAGISTRATE JUDGE'S
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green on August 28, 2018 in this action (ECF No. 28). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims against John Doe Defendants are DISMISSED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Defendant Real Time Resolutions, Inc.'s ("RTR") Rule 12(b)(6) motion to dismiss (ECF No. 5) is GRANTED. Defendant RTR's alternative request for summary judgment is DISMISSED without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend her complaint (ECF No. 15) is DENIED as futile.

Dated:  September 17, 2018                                   /s/ Paul L. Maloney                        
                                                            Paul L. Maloney
                                                            United States District Judge