UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHY S. SAWYER-HECKSEL,

    Plaintiff,

v.

REAL TIME RESOLUTIONS, INC.,
et al.,

    Defendants,
_____/

Case No. 1:17-cv-1046

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of Defendants and against the Plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date: September 17, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District